Daniel Moses Cook
(Name)

446 Alta Rd. #5300
(Address)

San Diego CA 92158
(City, State, Zip)

17145418
(CDCR / Booking / BOP No.)

FILED

Sep 06 2017

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ kristenb    DEPUTY

# United States District Court
## Southern District of California

Daniel Moses Cook,
(Enter full name of plaintiff in this action.)

           Plaintiff,

v.

Jonathan LaRoche,
Joseph Gomes,
San Diego County Sheriff's Dept.,
Jack in the Box,
(Enter full name of each defendant in this action.)

           Defendant(s).

'17 CV 1826 JAH  JMA

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint under the
Civil Rights Act
42 U.S.C. § 1983

### A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

_____.

### B. Parties

1. **Plaintiff:** This complaint alleges that the civil rights of Plaintiff, Daniel Moses Cook
(print Plaintiff's name)
_____, who presently resides at 446 Alta Rd. #5300
(mailing address or place of confinement)
San Diego CA 92158 _____, were violated by the actions of
the below named individuals. The actions were directed against Plaintiff at Jack in the Box
495 N. 2nd St. El Cajon CA 92021 on (dates) 10/18/2016, 11/02/2016, and unclear.
(institution/place where violation occurred)    (Count 1)    (Count 2)    (Count 3)
and
Superior Court of California, County of San Diego
East County Division
250 East Main St.
El Cajon CA 92020

§ 1983 SD Form
(Rev. 8/15)

2. <u>Defendants</u>: (Attach same information on additional pages if you are naming more than 4 defendants.)

Defendant <u>Jonathan LaRoche</u> resides in <u>San Diego</u>,
(name)                                                                  (County of residence)
and is employed as a <u>El Cajon Police Officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>He was acting as a law enforcement officer</u>.

Defendant <u>Joseph Gomes</u> resides in <u>San Diego</u>,
(name)                                                                  (County of residence)
and is employed as a <u>El Cajon Police Officer</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>He was acting as a law enforcement officer</u>.

Defendant <u>San Diego Sheriff's Dept</u> resides in <u>San Diego</u>,
(name)                                                                  (County of residence)
and is employed as a <u>San Diego Sheriff's Department</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>An employee of the San Diego County Sheriff's Department who went to Jack in the Box to pick up evidence. Individual name(s) to be determined.</u>

Defendant <u>Jack in the Box</u> resides in <u>San Diego</u>,
(name)                                                                  (County of residence)
and is employed as a <u>Jack in the Box / Director</u>. This defendant is sued in
(defendant's position/title (if any))
his/her ☑ individual ☑ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: <u>As a representative of Jack in the Box Corporation, who was qualified and delegated to (by Jack in Box) handle subpoenaed evidence in a pending court case. Individual name(s) to be determined.</u>

§ 1983 SD Form
(Rev. 8/15)

2

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

Count 1: The following civil right has been violated: Excessive use of force, Freedom from cruel and unusual punishment, false charges + police report
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

El Cajon Police Officers Jonathan LaRoche and Joseph Gomes told me to get face down on the ground in the Jack in the Box parking lot on 10/18/2016. I was fully compliant, face down on the ground with hands out to my sides. After about 10 seconds of assuming that position they began to taze me. After the tazer stopped, one of the officers used an illegal chokehold and choked me out of consciousness. I woke up handcuffed, on the ground, looking up at many El Cajon Police Officers and San Diego County Sheriff's Deputies. I told everyone there that they had just killed me and I came back to life. (They meaning LaRoche and Gomes). I was arrested and charged with Battery on an Officer and Resisting Arrest.
    Officers Gomes and LaRoche employed illegal tactics by stopping me alleging I harrassed a delivery truck driver, when the real reason was based solely on my race or mental health status. These Officers were operating in an overwhelmingly violent capacity, with the apparent mindset that force could be used with no regard for civil rights. This illegal, excessive use of force is unconstitutional and these Officers (Gomes and LaRoche) had no sufficient basis for going hands on with me. This incident occured during the ensuing protests and was an unnecessary show of force and intimidation. El Cajon Police Officers LaRoche and Gomes committed all acts of excessive force (specifically).

Count 2: The following civil right has been violated: Due process, false witness, lying Under Oath, Right to medical care.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

El Cajon Police Officer Gomes testified Under Oath on 11/02/2016 at the East County Divion of Superior Court of California, County of San Diego. Officer Joseph Gomes lied Under Oath stating that when approached on 10/18/2016 by himself and Officer Jonathan LaRoche that I "took a fighting stance", was non compliant, and that I fought with these two Officers. He also (Officer Gomes) lied Under Oath when he stated that after applying the corodded restraint (illegal chokehold) that I never lost consciousness. All law enforcement officers, deputies, and all medical at the scene of the incident were clearly made aware that I died and came back. Officer Gomes was fully aware of this fact yet lied Under Oath attempting to cover him and his partners tracks. Officer Gomes also testified that there was talk within the El Cajon Police Department that I was "51-50". It is shocking and appalling that the El Cajon Police Department has purposely targeted me because I'm mentally ill. The El Cajon Police Department has exploited me with made up false narratives, contentious charges and overzealous attacks. Officer LaRoche did not testify but a Pitchess motion by my court appointed attorney Michael Hawkins revealed that he has Internal Affairs complaints recently filed on him for excessive use of force. Officer Gomes actions subjugated me for being a minority with mental health issues. Officer Gomes actions run counter to the El Cajon Police Department and the United States core values.

§ 1983 SD Form
(Rev. 8/15)

4

Count 3: The following civil right has been violated: __Due process, access to courts__
__withholding evidence, conspiracy, tampering with evidence__.
(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 3.]

In an attempt to obtain evidence which would exonerate me, my attorney Michael Hawkins contacted Jack in the Box to see if they had video recording of the incident that took place on 10/18/2016 which resulted in my arrest. Jack in the Box confirmed that they had the video recording of the incident. My attorney had a subpoena issued to Jack in the Box. On the day the subpoenaed evidence was due, Jack in the Box director "Oscar" came to the courthouse and told Michael Hawkins that Jack in the Box no longer had the video evidence because the San Diego County Sheriff's Department sent someone to Jack in the Box to obtain the subpoenaed video evidence. The San Diego County Sheriff's Department illegally obtain evidence subpoenaed on my behalf and has withheld it since. Jack in the Box illegally gave evidence that was subpoenaed on my behalf to an unauthorized third party violating a court order. Jack in the Box and the Sheriff's Dept. have violated my Right to Due Process. The actions of both parties shows a troubling disregard for the Judicial System, and undermine respect for the rule of law. These petty, illegal actions added tremendously to my strain as a defendant already in crisis, leaving me muted and coerced into "taking a deal". I allege that this illegal action by the Sheriff's Department was a last resort to prevent a clean slate for me. The El Cajon Police and San Diego County Sheriff's Department were working together and were willing lie and withhold evidence so as to not disrupt unit cohesion.

Count 3

Rights violated: Falsifying medical records

Supporting Facts: The San Diego County Sheriff's Department treated me for a 10-12 day period for blood and discharge that was a result of the incident and excessive use of force by El Cajon Police Officers LaRoche and Gomes. The blood and discharge was coming heavily out from my right ear. They treated me with different types of ear flushes administered by staff and gave me different ear drops and antibiotics. I told the Doctor several times it was a result of the Police using unwarranted excessive force. However when my attorney obtained a copy of all medical records, he said the Doctor never notated any of the fact that the blood and discharge lasting 10-12 days was from Police force. The only notes Doctor made said he gave me ear drops for a mild ear infection. This Doctor primarily advanced the interests of the El Cajon Police, which added to my legal jeopardy and the potential challenge of facing trial without evidence. Practicing medicine requires equal treatment of all patients including inmates. Any special or different rule for Sheriff's Department Doctors is discrimination, plain and simple. This Doctor's failure to disclose truth in my medical records, harmed my court case and made the El Cajon Police beneficiaries. It also harms the court and shows no respect for the Judicial System.

### D. Previous Lawsuits and Administrative Relief

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☒ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: n/a

Defendants: n/a

(b) Name of the court and docket number: n/a

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] n/a

(d) Issues raised: n/a

(e) Approximate date case was filed: n/a
(f) Approximate date of disposition: n/a

2. Have you previously sought and exhausted all forms of available relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDCR Inmate/Parolee Appeal Form 602, etc.]? ☒ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not exhausted.

I filed a grievance with the San Diego County Sheriff's Department. They advised me to seek legal recourse because their this matter is outside the scope of their grievance process.

Grievance #17400109 - San Diego County Sheriff's Department

### E. Request for Relief

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): From taking any reprisals against me for this court filing. Unwarranted aggression against me and then facilitating a situation where there is complete inequaulity in how I'm treated. Withholding evidence.
2. Damages in the sum of $ unspecified.
3. Punitive damages in the sum of $ unspecified.
4. Other: Psychological trauma, emotional distress

### F. Demand for Jury Trial

Plaintiff demands a trial by ☑ Jury ☐ Court. (Choose one.)

### G. Consent to Magistrate Judge Jurisdiction

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☑ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

09/04/2017
Date

Daniel Cook
Signature of Plaintiff

§ 1983 SD Form (Rev. 8/15)

7

Daniel C__k 1314548
446 Alta Rd #5300
San Diego CA 92158



Clerk of U.S. District
333 West Broadway, Suite 420
San Diego CA 92101

Legal Mail



JS 3624

Legal Mail